# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 14-5300** | **September Term, 2016** |
| | **1:12-cv-01833-ABJ** |
| | **Filed On: March 3, 2017** |

Defenders of Wildlife, et al.,

    Appellees

    v.

Ryan Zinke, in his official capacity as
Secretary of the United States Department
of the Interior, et al.,

    Appellants

State of Wyoming, et al.,

    Appellees

------------------------------

Consolidated with 14-5311, 14-5312,
14-5313, 14-5314, 14-5315

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                  BY:    /s/
                              Ken R. Meadows
                              Deputy Clerk